| | |
|---|---|
| Maxwell Goss (*Pro Hac*)<br>MAXWELL GOSS, PLLC<br>370 E. Maple Rd., Third Floor<br>Birmingham, Michigan 48009<br>Telephone 248.266.5879<br>max@maxwellgoss.com<br><br>P. David Cienfuegos CA Bar No 225394<br>DELDAR LEGAL<br>1100 Glendon Ave Suite 1500<br>Los Angeles, CA 90024 Suite 1500<br>Los Angeles, CA 90024<br>Telephone 844.353.5271<br>dcienfuegos@deldarlegal.com<br><br>Attorneys for Plaintiffs<br>**William & Laura Powers** | Matthew Connolly (*Pro Hac*)<br>Kenneth T. Levine (*Pro Hac*)<br>DE LUCA LEVINE<br>Three Valley Square, Suite 220<br>Blue Bell, PA 19422<br>Telephone 215.383.0224<br>mconnolly@delucalevine.com<br>klevine@delucalevine.com<br><br>Susan M. Benson CA Bar No 146837<br>Benson Legal APC<br>6345 Balboa Blvd. Suite 365<br>Encino, CA 91316<br>Telephone 818.708.1250<br>sbenson@bensonlegal.net<br><br>Attorneys for Plaintiffs<br>**William & Laura Powers** |
| Jeremy D. Huie CA Bar No 191145<br>BASSI EDLIN HUIE & BLUM, LLP<br>500 Washington Street, Suite 700<br>San Francisco, CA 94111<br>Telephone 415.397.9006<br>jhuie@behblaw.com<br><br>Attorneys for Defendant,<br>**Shandong Kangtai Industry, Ltd** | Christopher P. Jelinek (*Pro Hac*)<br>GARAN LUCOW MILLER P.C.<br>1155 Brewery Park Blvd. Ste 200<br>Detroit, MI 48207<br>Telephone 313.446.5554<br>cjelinek@garanlucow.com<br><br>James N. Kahn CA Bar No 231062<br>MURCHISON & CUMMING LLP<br>801 South Grand Ave, 9th Floor<br>Los Angeles, CA 90017<br>Telephone 213.623.7400<br>jkahn@murchisonlaw.com<br><br>Attorneys for Defendant,<br>**American Crocodile Int'l Group et al** |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| William and Lauren Powers,<br><br>        Plaintiffs,<br><br>    v.<br><br>American Crocodile International Group, Inc., et al.,<br><br>        Defendants. | Case No. 2:20-cv-00923-RSWL-JPR<br><br>JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a) hereby stipulate, in consideration of a negotiated and confidential settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

DATED: May 24, 2021          /s/ Maxwell Goss
                             Maxwell Goss
                             Maxwell Goss, PLLC
                             370 E. Maple Rd., Third Floor
                             Birmingham, Michigan 48009
                             (248) 266-5879
                             max@maxwellgoss.com
                             Attorneys for Plaintiffs

DATED: May 25, 2021          /s/ Kenneth T. Levine
                             Kenneth T. Levine
                             De Luca Levine
                             Three Valley Square, Suite 220
                             Blue Bell, PA 19422
                             (215) 383-0224
                             klevine@delucalevine.com
                             Attorneys for Plaintiffs

DATED: May 24, 2021          /s/ James N. Kahn
                             James N. Kahn
                             MURCHISON & CUMMING LLP
                             801 South Grand Ave, 9th Floor
                             Los Angeles, CA 90017
                             Telephone 213.623.7400
                             jkahn@murchisonlaw.com
                             Attorneys for Defendant American Crocodile International Group, Inc.

DATED: May 24, 2021          /s/ Jeremy D. Huie
                             Jeremy D. Huie
                             BASSI EDLIN HUIE & BLUM, LLP
                             500 Washington Street, Suite 700
                             San Francisco, CA 94111
                             Telephone 415.397.9006
                             jhuie@behblaw.com
                             Attorneys for Defendant, Shandong Kangtai Industry, Ltd.

| | |
|---|---|
| 1 | **ATTESTATION UNDER LOCAL RULE 5-4.3.4** |

I, James N. Kahn, am the ECF User whose ID and password are being used to file this Joint Stipulation and Order for Dismissal with Prejudice in compliance with Local Rule 5-4.3.4, I hereby attest that Maxwell Goss and Kenneth T. Levine, counsel for Plaintiffs (WILLIAM POWERS and LAUREN POWERS) and Jeremy D. Huie, counsel for Defendant (SHANDONG KANGTAI INDUSTRY, LTD.), have concurred in this filing and approved their electronic signatures.

DATED: May 25, 2021             /s/ James N. Kahn
                                James N. Kahn
                                MURCHISON & CUMMING LLP
                                801 South Grand Ave, 9th Floor
                                Los Angeles, CA 90017
                                Telephone 213.623.7400
                                jkahn@murchisonlaw.com
                                Attorneys for Defendant American Crocodile International Group, Inc.

**All signatories listed above have authorized the content and have authorized the filing.

# ORDER

The Stipulation is approved. The entire action, including all causes of action and all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: _____, 2021        _____
                                                                Ronald S.W. Lew
                                                                District Judge
                                                       United States District Court

# **PROOF OF SERVICE**

**William Powers, et. al. vs. American Crocodile International Group, Inc., et. al.**
**2:20-cv-00923-RSWL-JPR**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 South Grand Avenue, Ninth Floor, Los Angeles, CA 90017-4613.

On May 25, 2021, I served true copies of the following document(s) described as **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** on the interested parties in this action.

**BY E-MAIL OR ELECTRONIC TRANSMISSION**: Pursuant to the E-Filing System of the United States District Court, Central District of California, to the parties at the e-mail addresses on the Court's website.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 25, 2021, at Los Angeles, California.

/s/ Raven R. Lamber
Raven R. Lamber

STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER

# SERVICE LIST
**William Powers, et. al. vs. American Crocodile International Group, Inc., et. al.**
**2:20-cv-00923-RSWL-JPR**

| | |
|---|---|
| Maxwell Goss, Esq.<br>Maxwell Goss, PLLC<br>370 E. Maple Rd. Third Floor<br>Birmingham, MI  48009<br>Telephone: (248) 266-5879<br>E-Mail: max@mawellgoss.com | Attorneys for Plaintiffs |
| Matthew Connolly, Esq.<br>De Luca Levine, LLC<br>Three Valley Square<br>Suite 220<br>Blue Bell, PA  19422<br>Telephone: (215) 310-5222<br>Facsimile: (215) 383-0082<br>E-Mail: mconnolly@delucalevine.com | Attorneys for Plaintiffs |
| Christopher P. Jelinek, Esq.<br>GARAN LUCOW MILLER, P.C.<br>1155 Brewery Park Boulevard<br>Suite 200<br>Detroit, MI  48207<br>Telephone: (313) 446-5554<br>E-Mail: cjelinek@garanlucow.com<br>E-Mail: mparent@garanlucow.com | Attorneys (Pro Hac Vice) for Defendant, AMERICAN CROCODILE INTERNATIONAL GROUP, INC. |
| P. David Cienfuegos, Esq.<br>DELDAR LEGAL<br>1100 Glendon Avenue<br>Suite 1500<br>Los Angeles, CA  90024<br>Telephone: 844-335-3271<br>E-Mail: dcienfuegos@deldarlegal.com | Attorneys for Plaintiffs |
| Susan M. Benson, Esq.<br>BENSON LEGAL, APC<br>8550 Balboa Boulevard, Suite 290<br>Northridge, CA  90012<br>Telephone: 818-708-1250<br>Facsimile: 818-708-1444<br>E-Mail: sbenson@bensonlegal.net<br>E-Mail: dana@bensonlegal.net | Attorneys for Plaintiffs |
| Jeremy D. Huie, Esq.<br>Bassi, Edlin, Huie & Blum, LLP<br>500 Washington Street, Suite 700<br>San Francisco, CA  94111<br>Telephone: 415-397-9006<br>Facsimile: 415-397-1339<br>E-Mail: jhuie@behblaw.com | Attorneys for Defendant, SHANDONG KANGTAI INDUSTRY, LTD. |

STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER